UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  Case No. 18-03601-HAC-13
Brian Charles Dees
Amber Johnson Dees
    Debtors

## OBJECTION TO CLAIM

COMES NOW Daniel B. O'Brien, the Standing Chapter 13 Trustee for the Southern District of Alabama (the "Trustee"), and files this Objection to Claim. In support of this objection to Trustee Claim #4, ECF Claim #7 filed by <u>Pen Air Federal Credit Union</u> the Trustee states the following:

The Trustee's office has received a returned disbursement check with a letter stating that TruHome Solutions now holds the account. The Trustee's office has attempted to get the new creditor to file a transfer of claim to no avail.

No further disbursements can be made by the Trustee's office.

WHEREFORE given that the Trustee is unable to pay the remaining claim balance, the Trustee requests that the claim be reduced to the amount paid to date.

Dated: November 24, 2020          /s/ Daniel B. O'Brien
                                                             Daniel B. O'Brien
                                                             Chapter 13 Trustee
                                                             P. O. Box 1884
                                                             Mobile, AL 36633

# CERTIFICATE OF SERVICE
## VIA NOTICE OF ELECTRONIC FILING OR U.S. MAIL OR CERTIFIED MAIL

**By Electronic Notification:**
James E. Loris, Jr.
1358 Dauphin St
Mobile, AL 36604

**First Class Mail:**
Brian Charles Dees
11001 White Tail Trail EXT
Bay Minette, AL 36507

Pen Air Federal Credit Union
One Mortgage Way
c/o PHH Mortgage Corp Mail Stop SV01
Mt. Laurel, NJ 08054

Pen Air Federal Credit Union
One Mortgage Way
c/o PHH Mortgage Corp Mail Stop SBRP
Mt. Laurel, NJ 08054

Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Attorney for PHH Mortgage Corporation
Charlotte, NC 28216

TruHome Solutions
9601 Legler Road
Lenexa, KS 66219


Dated: November 24, 2020          /s/ Daniel B. O'Brien
                                  Daniel B. O'Brien
                                  Chapter 13 Trustee
                                  P. O. Box 1884
                                  Mobile, AL  36633