

July 1, 2020

BRIAN CHARLES DEES
AMBER JOHNSON DEES
11001 WHITE TAIL TR EXT
BAY MINETTE AL 36507

00964


RE: Loan number: 7133658919

## NOTICE OF TRANSFER OF SERVICING

Dear Member(s):
We are pleased to notify you that the servicing of your mortgage loan is being transferred to TruHome Solutions, LLC, a mortgage servicer that works in association with Pen Air Federal Credit Union formerly subserviced by PHH Mortgage Services, effective July 17, 2020. TruHome Solutions, LLC, will service your mortgage loan on behalf of, and in the name of, Pen Air Federal Credit Union. Payments should be made payable to TruHome Solutions, LLC. You will receive a monthly billing statement in the name of Pen Air Federal Credit Union. which will provide you detailed information about your mortgage loan. PLEASE NOTE THAT YOUR MORTGAGE LOAN HAS NOT BEEN SOLD.

The transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

---

**IMPORTANT INFORMATION REGARDING PAYMENTS MADE VIA AUTOMATIC DEDUCTION/INTERNAL TRANSFER OF FUNDS**

**If you are making payments to PHH Mortgage Services, by means of automatic deduction/internal transfer of funds, this service will be discontinued as of July 17th, 2020. Enclosed is an authorization form if you would like to re-establish this service. If you are currently using an online service or 3rd party bill service to pay your mortgage payment, the payee information will need to be changed to the payment address within this letter.**

---

If you have any questions for either the Present Servicer or New Servicer about your mortgage loan or this transfer, please contact using the information below:

| Present Servicer: | New Servicer: |
|---|---|
| PHH Mortgage Services | TruHome Solutions, LLC |
| Customer Service Department | Member Services Department |
| 800-785-3291 | 855-479-8503 |
| PO Box 5452 | 9601 Legler Rd. |
| Mt. Laurel, NJ 08054 | Lenexa, KS 66219 |
| 9am-8pm EST Monday-Friday | 7am-8pm CST Monday-Friday |
| 8am-5pm EST Saturday | 8am-1pm CST Saturday |

Your monthly billing statement will include a payment coupon with which you may make your scheduled mortgage payments. The address for sending mortgage payments is:

PO Box 809002
Kansas City, MO 64180-9002
